OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



November 19, 2012

Lisa Marie Ostuni
Cambridge Springs SCI
451 Fullerton Avenue
Cambridge Springs, PA 16403-1238

RE: Lisa Ostuni v. WaWa's Mart, et al
Case Number: 12-3871
District Case Number: 3-12-cv-00714

Dear Counsel:

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at www.ca3.uscourts.gov/ecfwebsite.**

Pursuant to our docketing letter dated **10/11/2012**, you were requested to forward to this office the following form(s) in the above-entitled case:

If you cannot afford to pay the fee, within fourteen (14) days you must file:

1) Motion for Leave to Proceed In Forma Pauperis,

2) affidavit of poverty with addendum (form enclosed),

3) authorization for withdrawal of funds (form enclosed),

4) a prison account statement for the 6 month period prior to the filing of the notice of appeal.

As of this date, we have not received your form(s).

The above listed forms must be completed within fourteen days of the date of this letter. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT TO LAR MISC. 107.1(b) and/or 107.2(a).**

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk


By: Maria, Case Manager
    267-299-4937