GLD-156

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-3871
_____

LISA MARIE OSTUNI,
                      Appellant

v.

WAWA'S MART;
PAULINE COUNTERMAN
OFFICER PAUL DUFFY;
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil No. 3:12-cv-00714)
District Judge: Honorable Richard P. Conaboy
_____

Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B)
or Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
March 14, 2013

Before: FUENTES, FISHER and GREENBERG, <u>Circuit Judges</u>
_____

**JUDGMENT**
_____

      This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) or summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on March 14, 2013. On consideration whereof, it is now hereby

1

ORDERED and ADJUDGED by this Court that the order of the District Court entered on September 27, 2012, be and the same is hereby VACATED and the case is REMANDED for further proceedings. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/Marcia M. Waldron
Clerk

DATED: March 19, 2013